PS 42
(Rev 07/93)

**United States District Court**

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 25, 2023**

SEAN F. McAVOY, CLERK

United States of America            )
                                    )
        vs                          )
                                    )
Steven Evans                        )            Case No. 2:22CR00133-TOR-12

**CONSENT TO MODIFY CONDITIONS OF RELEASE**

I, Steven Evans, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

<u>**Modified Condition #2:**</u> Defendant shall participate in a substance abuse evaluation and attend any recommended treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8-22-23   _____  8-22-23
Signature of Defendant    Date     Pretrial Services/Probation Officer   Date

Steven Evans                       Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____            08/22/2023
Signature of Defense Counsel       Date

Zachary Ayers

[X]   The above modification of conditions of release is ordered, to be effective on  8/24/23  .

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____            8/24/23
Signature of Judicial Officer      Date

James A. Goeke